# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY LILLIE, et al., | Civil Action No. 3:13-cv-00150 |
| Plaintiffs. | |
| v. | Judge: James J. Brady |
| STANFORD TRUST COMPANY, et al. | Magistrate: Richard L. Bourgeois, Jr. |
| Defendants. | |

## SEI INVESTMENTS COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, SEI Investments Company ("SEI"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure regarding SEI:

SEI does not have a parent corporation, and no publicly held corporation owns more than 10% of SEI stock.

Dated: March 22, 2013                                    Respectfully submitted,

   /s/ Duris L. Holmes
Duris L. Holmes (#17629)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA  70130
Telephone:  504.581.5141
Facsimile:  504.566.1201

OF COUNSEL:

J. Gordon Cooney, Jr.
Elizabeth Hoop Fay
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     (215) 963-5000
Facsimile:      (215) 963-5001

*Attorneys for Defendant SEI Investments Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Duris L. Holmes
Duris L. Holmes