UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TROY LILLIE, ET AL.

VERSUS

STANFORD TRUST COMPANY, ET AL.

CIVIL ACTION

NO. 13-150-JJB-RLB

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on the State of Louisiana through the Office of Financial Institutions' ("OFI") Motion (doc. 59) to Remand and to Sever Claims. The Magistrate Judge found that OFI's Motion (doc. 59) to Sever should be denied as moot, and OFI's Motion (doc. 59) to Remand should be granted. Upon reviewing the Magistrate Judge's Report and Recommendation and the parties' respective briefings on the matter, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. 100).

Signed in Baton Rouge, Louisiana, on October ___, 2013.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA