## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY LILLIE, et al,** | * CIVIL ACTION NO. 3:13-cv-00150 |
| **Plaintiffs,** | |
| VERSUS | * JUDGE Brian A. Jackson |
| **STANFORD TRUST COMPANY, et al.,** | |
| **Defendants.** | * MAGISTRATE Erin Wilder-Doomes |
| **ROBERT C. AHDERS,** | |
| **Plaintiffs,** | * CIVIL ACTION NO. 3:16-cv-00801 |
| VERSUS | * JUDGE Brian A. Jackson |
| **SEI PRIVATE TRUST COMPANY, et al.,** | |
| **Defendants.** | * MAGISTRATE Erin Wilder-Doomes |

*********************************************

## SEI INVESTMENTS COMPANY AND SEI PRIVATE TRUST COMPANY'S MOTION FOR A STATUS CONFERENCE

*Lillie*

1.

Plaintiffs first filed the *Lillie* suit in 2009 against Stanford Trust Company, the Louisiana Office of Financial Institutions, and SEI.

2.

Plaintiffs voluntarily dismissed the Stanford Trust Company as a defendant.

3.

The Louisiana District Court granted class certification, and thereafter Plaintiffs amended to add SEI's insurers.

4.

SEI's insurers removed the case to Federal Court and the matter was transferred to the Northern District of Texas as part of multidistrict litigation.

5.

The MDL court severed the claims against the Louisiana Office of Financial Institutions and remanded them to state court.

6.

In the MDL court proceedings after the severing of the claims against SEI, all claims by Plaintiffs seeking to hold SEI primarily liable were dismissed.

7.

Plaintiffs' single remaining claim seeks to hold SEI secondarily liable under the Louisiana Securities Law, La. Rev. Stat. § 51:714B.

8.

SEI filed a Motion for Summary Judgment on the Plaintiffs' remaining claim.  The Motion has been fully briefed.  Plaintiffs have also filed a Motion to Dismiss SEI's Motion for Summary Judgment.  That Motion is also fully briefed.

*Ahders*

9.

The *Ahders* suit consists of those Plaintiffs who opted out of the *Lillie* class.  The *Ahders* action has generally followed *Lillie*.

SEI requests an in-person status conference with the Court to discuss how best to manage this long running litigation.  For the reasons described more fully in the accompanying memorandum, SEI believes the Court's initial focus should be on addressing the fully briefed Motion for Summary Judgment.

Dated:  February 27, 2019							Respectfully submitted,

| **Of Counsel:** | */s/ Michael H. Rubin*_____ |
|---|---|
| J. Gordon Cooney, Jr. | Michael H. Rubin (10833) |
| Kenneth A. Polite, Jr. (33317) | Juston M. O'Brien (26447) |
| Ryan P. McCarthy | McGlinchey Stafford PLLC |
| (Motion for Admission Pro Hac Vice pending) | 301 Main Street, 14th Floor |
| Morgan, Lewis & Bockius LLP | Baton Rouge, LA  70801 |
| Philadelphia, PA  19103-2921 | Telephone:  (225) 383-9000 |
| Telephone:  (215) 963-5000 | Facsimile:   (225) 343-3076 |
| Facsimile:  (215) 963-5001 | mrubin@mcglinchey.com |
| | jobrien@mcglinchey.com |

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of February, 2019, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

*/s/ Michael H. Rubin*_____

3